154 A.3d 167

JOSE RODRIGUES, PLAINTIFF-PETITIONER, v. WELLS FARGO BANK, N.A., U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR WFMBS 2007-007, AND HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7, DEFENDANTS-RESPONDENTS.

October 7, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002373-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

154 A.3d 167

FRICK JOINT VENTURE, PLAINTIFF-RESPONDENT, v. VILLAGE SUPER MARKET, INC., DEFENDANT-PETITIONER.

October 7, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001441-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.